### Egma Moses KANHUKAMWE, Petitioner,

v.

### Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 05–72970.

United States Court of Appeals, Ninth Circuit.

April 9, 2010.

Beth S. Persky, Esquire, Portland, OR, Judith L. Wood, Esquire, Law Offices of Judith L. Wood & Jesse A. Moorman, Los Angeles, CA, for Petitioner.

District Director, Esquire, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Office of the District Counsel De-

---

** The Honorable Robert W. Gettleman, United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

partment of Homeland Security, San Francisco, CA, Lowell Sturgill, Jr., U.S. Department of Justice, Washington, DC, for Respondent.

Before: PREGERSON, NOONAN, and PAEZ, Circuit Judges.

## ORDER

Petitioner's motion to seal the record is granted. The Court orders that the briefs, the certified administrative record, and the January 21, 2010, memorandum disposition be maintained under seal. The memorandum disposition will be removed from the Court's website and will not be released to any entity outside of the court. The briefs appended to the electronic docket will similarly be placed under seal and shielded from public view.